IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIANA HALEY                                                                                    PLAINTIFF

v.                                        No. 4:11-cv-480-DPM

UNIVERSITY OF ARKANSAS                                                       DEFENDANT

ORDER

In light of Haley's response, *Document No. 6*, to the University's motion for partial dismissal, her claims under 42 U.S.C. § 1983 and the ADEA are dismissed without prejudice. Haley may proceed on her Title VII and Equal Pay Act claims.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2011