# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TIANA HALEY**                                **PLAINTIFF**

v.                      No. 4:11-cv-480-DPM

**UNIVERSITY OF ARKANSAS**                **DEFENDANT**

### ORDER

Haley moves unopposed to dismiss her claims against the University of Arkansas with prejudice because the matter has settled. Motion, *Document No. 13*, granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2012