# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TIANA HALEY**                                                               **PLAINTIFF**

v.                          No. 4:11-cv-480-DPM

**UNIVERSITY OF ARKANSAS**                            **DEFENDANT**

## JUDGMENT

Haley's claims against the University of Arkansas are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2012